**[J-113A-2019 and J-113B-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: NOMINATION PAPERS OF     :   No. 31 EAP 2019
SHERRIE COHEN AS CANDIDATE FOR   :
THE OFFICE OF PHILADELPHIA CITY    :
COUNCIL-AT-LARGE                :
                                  :
                                  :
APPEAL OF: SHERRIE COHEN       :

IN RE: NOMINATION PAPERS OF     :   No. 32 EAP 2019
SHERRIE COHEN AS CANDIDATE FOR   :
THE OFFICE OF PHILADELPHIA CITY    :
COUNCIL-AT-LARGE                 :
                                  :
                                  :
APPEAL OF: SHERRIE COHEN       :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of October, 2019, the Order of the Commonwealth Court is **REVERSED**. It is further **ORDERED** that Sherrie Cohen is to be placed on the November 5, 2019 general election ballot for the office of Philadelphia City Council-at-Large as an Independent candidate. Opinion to follow.

     Justices Dougherty and Wecht dissent.